# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:    SHELIA YVONNE PAYNE  
                Chapter 13  
                Case No.: 04-76794-FJS

    Debtor

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
| --- | --- |
| SENTARA MED GROUP<br>816 INDEPENDENCE BLVD #100<br>VA BEACH, VA 23455 | $3.39 |

Date: March 10, 2010

/s/ George W. Neal  
George W. Neal  
Chapter 13 Standing Trustee  
870 Greenbrier Circle, Suite 402  
Chesapeake, VA  23320  
(757) 961-3000