# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   SHELIA YVONNE PAYNE                                                                   Chapter 13
                                                                                               Case No.: 04-76794-FJS

　　　　Debtor

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| FUTURE FINANCE CO<br>536 W 21ST ST<br>NORFOLK, VA 23517 | $2,246.41 |

Date: March 10, 2010                                                       /s/ George W. Neal
                                                                           _____
                                                                           George W. Neal
                                                                           Chapter 13 Standing Trustee
                                                                           870 Greenbrier Circle, Suite 402
                                                                           Chesapeake, VA  23320
                                                                           (757) 961-3000